IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAGE CHEMICAL, INC. and TRUPHARMA, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  Civ. No. 22-1302-CFC ) |
| SUPERNUS PHARMACUETICALS, INC., et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

It came to the Court's attention this afternoon that the Clerk's Office inadvertently allowed Mr. Miller to make electronic filings for Plaintiffs. Although Mr. Miller is a member of this Court's bar, his firm does not have a Delaware office and he is therefore not authorized to make filings with the Court unless and until the Court has approved an application made by him under Local Rule 83.5(f)(2).

Further, given the nature of this case, the Court does not believe that exceptional circumstances exist to justify approving an application by Mr. Miller

under Local Rule 83.5(f)(2).¹ Accordingly, if Plaintiffs wish to pursue this matter in this Court, Plaintiffs need to retain a Delaware lawyer with a Delaware office.

12.20.22
Date

_____
Chief Judge

---

¹ Plaintiffs, for example, are not government agencies; nor do they appear to suffer from financial hardship.