## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAGE CHEMICAL, INC., *et al.*,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>SUPERNUS  )<br>PHARMACEUTICALS, INC., *et al.*,  )<br>  )<br>      Defendants.  )  | C.A. No. 22-1302-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of July 2023, Defendants Supernus Pharmaceuticals, Inc., MDD US Enterprises, LLC, and MDD US Operations, LLC served *Responses and Objections of Defendants Supernus Pharmaceuticals, Inc., MDD US Enterprises, LLC, and MDD US Operations, LLC to Plaintiffs' First Set of Interrogatories (No. 1)* upon counsel as follows:

VIA ELECTRONIC MAIL

| | |
|---|---|
| Daniel B. Rath (#3022)<br>Rebecca L. Butcher (#3816)<br>Jennifer L. Cree (#5919)<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>rath@lrclaw.com<br>butcher@lrclaw.com<br>cree@lrclaw.com<br><br>W. Gordon Dobie<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel.: (312) 558-5600<br>Fax: (312) 558-5700<br>wdobie@winston.com | Beth Moskow-Schnoll (#2900)<br>Brian S.S. Auerbach<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Tel.: (302) 252-4465<br>moskowb@ballardspahr.com<br>auerbachb@ballardspahr.com<br><br>Adam K. Levin<br>Benjamin F. Holt<br>Ilana Kattan<br>Kaitlyn Golden<br>Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street NW<br>Washington D.C. 20004<br>adam.levin@hoganlovells.com |

41933369.1

-2-

Susannah P. Torpey
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
Tel.: (212) 294-6700
Fax: (212)294-4700
storpey@winston.com

*Attorneys for Plaintiffs Sage Chemical, Inc. and TruPharma LLC*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6523)
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Eric J. Stock
Joshua Obear
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-2301
estock@gibsondunn.com
jobear@gibsondunn.com

*Attorneys for US WorldMeds Partners LLC, USWM, LLC, Paul Breckinridge Jones, Herbert Lee Warren, Jr. Henry van den Berg, and Kristen L. Gullo*

benjamin.holt@hoganlovells.com
ilana.kattan@hoganlovells.com
kaitlyn.golden@hoganlovells.com

*Attorneys for Defendant Britannia Pharmaceuticals Ltd.*

OF COUNSEL:

Michael F. Brockmeyer
David S. Shotlander
Haug Partners LLP
1717 K Street, NW
Suite 900
Washington, DC 20006
Tel.: (202) 292-1530
mbrockmeyer@haugpartners.com
dshotlander@haugpartners.com

Ralph E. Labaton
Aakruti G. Vakharia
Haug Partners LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
rlabaton@haugpartners.com
avakharia@haugpartners.com

SAUL EWING LLP

/s/ Michelle C. Streifthau-Livizos
Gary W. Lipkin (#4044)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
gary.lipkin@saul.com
michelle.streifthau-livizos@saul.com

Charles O. Monk, II
Jordan D. Rosenfeld
Daniel Moore
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202-4359
charles.monk@saul.com
jordan.rosenfeld@saul.com
daniel.moore@saul.com

John F. Stoviak
Saul Ewing LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
john.stoviak@saul.com

Justin C. Danilewitz
Saul Ewing LLP
1500 Market Street
38th Floor
Philadelphia, PA 19102
justin.danilewitz@saul.com
(215) 972-1977

*Attorneys for Defendants Supernus Pharmaceuticals, Inc., MDD US Enterprises, LLC, and MDD US Operations, LLC*