\IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAGE CHEMICAL, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 22-1302-CJB |
| | ) |
| SUPERNUS PHARMACEUTICALS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, Delaware this **4th** day of **June, 2024**;

For the reasons stated in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that Defendants US WorldMeds Partners, LLC and USWM, LLC's motion to dismiss, (D.I. 48), is GRANTED.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE